W. H. Finney, appellee, v. Anton J. Cermak and Sewell-Clapp Envelopes, appellants. Gen. No. 23,721.
Trial of right to property. Judgment for plaintiff and against defendant Cermak, who was bailiff of the Municipal Court, individudefendant Cermak, who was bailiff of the Municipal Court, individu-Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed October 15, 1918.
Meyer Shapiro, for appellants. Shepard, McCormick, Thomason, Kirkland & Patterson, for appellee.
Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Olivia Led, appellee, v. Boyle Ice Company, appellant. Gen. No. 23,746.
Action to recover for personal injuries caused by the fall of a cake of ice on plaintiff's foot. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.
MacChesney, Becker, Angerstein & Rollo, for appellant; Nathan William MacChesney, Thomas C. Angerstein, Robert P. Rollo and George W. Angerstein, of counsel. Adams, Crews, Bobb & Wescott, for appellee.
Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Elaborated Ready Roofing Company, appellee, v. United States Brewing Company of Chicago, appellant. Gen. No. 23,788.
Action to recover for loss of horse caused by collision with motor truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.
F. J. Canty and J. C. M. Clow, for appellant. Shelley B. Neltnor, for appellee; Einar C. Howard, of counsel.
Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Libbie Spiner, appellee, v. Anton J. Cermak, bailiff of Municipal Court of Chicago, appellant. Gen. No. 23,841.
Replevin to recover property taken under execution. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.
John W. Morsbach and Arthur E. Nelson, for appellant. No appearance for appellee.
Mr. Presiding Justice McDonald delivered the opinion of the court.